# United States District Court

DISTRICT OF _____ MASSACHUSETTS _____

TRUSTEES OF CEMENT MASONS
LOCAL NO. 534 ANNUITY FUND,
PENSION FUND AND HEALTH &
WELFARE FUND

V.

v.

G&G PLASTER, EFIS & DRYWALL, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:



05 11010 DPW

TO: (Name and Address of Defendant)

    G&G Plaster, EFIS & Drywall
    2 Summer Street
    Wareham, MA 02571

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Aaron D. Krakow
    Krakow, Souris & Birmingham
    225 Friend Street
    Boston, MA 02114

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON                      MAY 17 2005

CLERK                                                                        DATE

BY DEPUTY CLERK

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

June 1, 2005

I hereby certify and return that on 5/27/2005 at 4:03PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Judy Debonise, agent, person in charge at the time of service for G & G Plaster, EFIS & Drywall, at , 2 Summer Street, Wareham, MA 02571. Attest (1 copy) ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($22.40) Total Charges $62.90

Deputy Sheriff Gregory S. Kamon            *Deputy Sheriff*

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     *Date*                              *Signature of Server*

_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.