UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF BOSTON PLASTERERS AND CEMENT MASONS LOCAL 534 ANNUITY FUND, PENSION FUND AND HEALTH & WELFARE FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>G&G PLASTER, EFIS & DRYWALL, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C. A. NO. 05-11010-DPW<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR NOTICE OF DEFAULT

Plaintiffs respectfully request that the court send a Notice of Default to the defendant, G&G Plaster, EFIS & Drywall, Inc., 2 Summer Street, Wareham, MA 02571, in the above-captioned action. Defendant G&G Plaster, EFIS & Drywall, Inc. was served with the complaint on May 27, 2005.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

                                              Plaintiffs
                                              by their attorney


                                              /Aaron D. Krakow_____
                                              Aaron D. Krakow
                                              BBO #544424
                                              Krakow & Souris
                                              225 Friend Street
                                              Boston, MA 02114
                                              (617) 723-8440