```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

TRUSTEES OF BOSTON PLASTERERS
AND CEMENT MASONS LOCAL 534 ANNUITY
FUND, PENSION FUND AND HEALTH &
WELFARE FUND
    Plaintiff,

     v.                      CIVIL ACTION
                                 NO.05-11010-DPW

G&G PLASTER, EFIS & DRYWALL, INC.
    Defendant.

## NOTICE OF DEFAULT

WOODLOCK, D.J.

    Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **G&G PLASTER, EFIS & DRYWALL, INC** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted **January 12, 2006.**

                              BY THE COURT,

                              /s/ Michelle Rynne
                              Deputy Clerk

January 12, 2006