UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON PLASTERERS AND CEMENT)
MASONS LOCAL 534 ANNUITY FUND, et al.,             )
                                                    )
          Plaintiffs,                               )
                                                    ) C. A. NO. 05-11010-DPW
v.                                                  )
                                                    )
G&G PLASTER, EFIS & DRYWALL, INC.                   )
                                                    )
          Defendant.                                )
_____           )

MOTION FOR ENTRY OF JUDGMENT

Now comes the plaintiffs and acting pursuant to F.R.C.P. 55(b)(1), move for Entry of

Judgment by the Clerk ordering the Defendant, G&G Plaster, EFIS & Drywall, Inc. to pay to the

plaintiffs the sum of $29,494.91 in damages and taxable costs.

In support of this motion, the Plaintiffs represent that:

1. On December 7, 2005 copy of the complaint and Summons was served upon

defendant, G&G Plaster, EFIS & Drywall, Inc.

2. With respect to the Complaint, Defendant never appeared, filed, answered or

otherwise defended.

3. Plaintiffs request that the Defendant be defaulted pursuant to F.R.C.P. 55(a) because

of its failure to file an answer or other responsive pleading to the Complaint or to otherwise

defend against it was allowed by the Court, and the Defendant was defaulted on January 12,

2006.

4. Being a corporation the Defendant is neither an infant nor an incompetent person, nor in the military service of the United States.

5. The computation of damages and taxable costs owed by the Defendant is set forth in the Declaration of Harry Brousaides which is filed with the present motion.

Plaintiffs
by their attorney

Aaron D. Krakow
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

CERTIFICATE OF SERVICE

I, Aaron D. Krakow, hereby certify that I caused a copy of the foregoing to be mailed this date to G&G Plaster, EFIS & Drywall, Inc., 2 Summer Street, Wareham, MA 02571.

Aaron D. Krakow

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON PLASTERERS AND CEMENT)
MASONS LOCAL 534 ANNUITY FUND, et al.,           )
                                                 )
        Plaintiffs,                              )
                                                 ) C. A. NO. 05-11010-DPW
v.                                               )
                                                 )
G&G PLASTER, EFIS & DRYWALL, INC.                )
                                                 )
        Defendant.                               )
_____ )

**JUDGMENT**

WOODLOCK, D.J.

Defendant, G&G Plaster, EFIS & Drywall, Inc. having failed to plead or otherwise

defend in this action and default having been entered on January 12, 2006.

Now upon application of plaintiffs and declaration demonstrating that defendant owes

plaintiffs the sum of $28,482.01; that defendant is not an infant or incompetent person or in the

military service of the United States, and that the plaintiffs have incurred costs and attorneys'

fees in the sum of $1,012.90 is hereby

**ORDERED, ADJUDGED AND DECREED** that plaintiffs recover from defendant

G&G Plaster, EFIS & Drywall, Inc. the sum of $29,494.91 with interest as provided by law.

_____
Deputy Clerk

Dated:_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEES OF BOSTON PLASTERERS AND CEMENT)
MASONS LOCAL 534 ANNUITY FUND, PENSION      )
FUND AND HEALTH & WELFARE FUND,             )
                                            )
        Plaintiffs,                         )
                                            ) C. A. NO. 05-11010-DPW
v.                                          )
                                            )
G&G PLASTER, EFIS & DRYWALL, INC.           )
                                            )
        Defendant.                          )
_____    )

## DECLARATION OF DAMAGES AND TAXABLE COSTS

Harry Brousaides, being duly sworn, says:

1. That I am presently the Executive Director of Cement Masons Local 534 Pension

Fund, Annuity Fund, Health & Welfare Fund and Labor Management Fund.

2. In that capacity I am responsible for receiving the amounts due to be paid to the said

funds and to other employee benefit funds (referred to collectively as "the Funds") by the

employers who have entered into collective bargaining agreements in which they have agreed to

make contributions to the Funds.

3. Defendant G&G Plaster, EFIS & Drywall, Inc. has failed to make contributions and

payments to the Funds for hours of work performed by its employees, and the Funds have

calculated that defendant is delinquent in its contributions and payments due to the Funds based

on those hours of work through February 2005 and the applicable hourly contribution rate or

rates in the principal amount of $22,877.12.

4. The collective bargaining agreement referenced above upon which defendant's

contribution obligation is based provides for interest on delinquent contributions to be assessed

at the rate of 2% over prime, and such interest is also expressly mandated by law.  29 U.S.C.

§1132(g)(2)(B).

5.  The Funds have calculated the interest charges on the principal amount owed to the

Funds by G&G Plaster, EFIS & Drywall, Inc. based on the applicable interest rate computed

through December, 2005 to be $1,029.47.

6.  The collective bargaining agreement referenced above provides, in addition to interest,

for liquidated damages to be assessed on delinquent contributions at the rate of 20% of the

principal amount due in the event the Funds are required to sue to collect the delinquency, and

such liquidated damages are also expressly mandated by law.  29 U.S.C. §1132(g)(2)(C).

7.  The Funds have calculated the liquidated damages of 20% on the principal amount

owed to be $4,575.42.

8.  The reasonable attorney's fees for instituting and prosecuting this action that are

required by the relevant collective bargaining agreements and that are also expressly mandated

by law, 29 U.S.C. §1131(g)(2)(D), are $700.00.

9.  The costs incurred by the Funds in bringing this action consisting of filing and service

fees total $312.90.

10.  The total amount owed to the Funds by defendants consisting of the separate

amounts listed in paragraphs 3 through 9 of this affidavit, totals $29,494.91.

11.  The defendant is neither an infant and/or an incompetent person, nor in the military

services of the United States.

I declare under the penalties of perjury that the foregoing is true and correct this

25th day of January, 2006.

/s/ Harry Brousaides_____
Harry Brousaides, Administrator

2